Mrs. S. Raymer, Appellee, v. Liberty National Bank, Trustee et al., Defendants. Leon Siglin and I. Brandzel, Appellants.

Gen. No. 43,851.

opinion filed April 2, 1947; released for publication April 25, 1947. Clausen, Hirsh & Miller, for appellants; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full.